**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **DVEIL DESHON FREEMAN** | * | **CIVIL ACTION NO. 18-0584** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **DARRELL VANNOY, WARDEN** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that

judgment as recommended therein is warranted

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition

for Writ of Habeas Corpus under 28 U.S.C. § 2254, [Doc. No. 1], is hereby DENIED and

DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 20th day of December, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE